**Order Issued March 21, 2013 Withdrawn; Order filed March 22, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00011-CV
_____

**KERRY A. KILBURN AND CYNTHIA H. KILBURN, Appellant**

**V.**

**FORT BEND COUNTY DRAINAGE DISTRICT, Appellee**

---

**On Appeal from the County Court at Law No 1**
**Fort Bend County, Texas**
**Trial Court Cause No. 11-CCV-044047**

---

## ORDER

On March 21, 2013, this court issued an order requiring appellants to file a brief by April 22, 2013 or risk dismissal for want of prosecution. It was brought to the clerk's attention that the brief had been filed February 28, 2013. Therefore, we issue the following order:

This court's March 21, 2013 order is withdrawn. Appellee is ordered to file a brief on or before **April 2, 2013.**

PER CURIAM